No. 5609. ALEXANDER v. ATTORNEY GENERAL OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 5612. CARSON v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 4th Cir. Certiorari denied.

No. 5613. PHIPPS v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 5614. FEELEY v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 5619. HAMMOND v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 5620. ADAMS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 5621. PARK v. CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. Certiorari denied.

No. 5622. FELDER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 5623. PILAPIL v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 5624. ROLLINS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 5625. CHAFA v. MOSELEY, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 5626. CHUTE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 5628. HAMM v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.